IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT SCHLATTMANN,        ) | |
| ) | Case No.: 4:16-cv-01183 SNLJ |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | |
| PORTFOLIO RECOVERY        ) | |
| ASSOCIATES,  LLC        ) | |
| ) | |
| ) | |
| Defendant.        ) | |

### Plaintiff's Motion to Compel First Interrogatories and Request for Production to Defendant

COMES NOW Plaintiff, Robert Schlattmann, by and through undersigned counsel, and for its Motion to Compel Defendant, Portfolio Recovery Associates, LLC answers to Plaintiff's Interrogatories Nos: 2, 3, 5, 6, 7, 8, 10, 13   and Request for Production Nos.  1, 2, 3, 5, 8, 11, 12 and 17, states as follows:

1.    Defendant's response to Plaintiff's First Interrogatories  and Request for Production are insufficient, lack any specificity, were not properly objected to and/or answered.   (See **Exhibit 1 & 2**).

2.    Plaintiff's argument is more full set out in its Memorandum in Support filed contemporaneously and incorporated herein.

WHEREFORE, Plaintiff, Robert Schlattmann, respectfully requests that the Court Order Defendant to properly and fully answer and produce documents to Plaintiff's discovery requests within ten (10) days for such other relief as required under the circumstances.

By:  /s/ Matthew P. Cook
Cook Law, LLC
Matthew P. Cook #62815
Attorney for Plaintiff
PO Box 220342
St. Louis, Missouri 63122
Phone:  314-200-5536
Email:  Cookmp21@yahoo.com

### CERTIFICATE OF SERVICE

I certify that on the 17th day of January, 2017, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operating of the Court's electronic filing system upon the following counsel of record:

Josh Dickinson
Kersten Holzhueter
Attorneys for Defendant
13520 California St, Suite 290
Omaha, NE 68154
kholzueter@spencerfane.com
jdickinson@spencerfane.com

  /s/ Matthew P. Cook
Matthew P. Cook